IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CANDACE BROOKS,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:24-cv-01347 |
| **PHH MORTGAGE CORPORATION,** | § § § | |
| **Defendant.** | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Candace Brooks ("Plaintiff") and Defendant PHH Mortgage Corporation ("Defendant") hereby file this Joint Notice of Settlement and respectfully show the Court as follows:

The Parties have reached a tentative settlement regarding the claims and causes of action asserted in the above-reference-and-numbered cause. The Parties fully expect to present dismissal papers to the Court within thirty (30) days.

The Parties respectfully request that the Court stay any pretrial deadlines and remove the above-captioned-and-numbered lawsuit from the Court's November 19, 2024, Docket Call setting.[1]

        Respectfully submitted,

        /s/ *Taneska L. Jones*
        **Robert T. Mowrey – Attorney-in-Charge**
        Texas Bar No. 14607500
        S.D. Texas Bar No. 9529
        rmowrey@lockelord.com
        **Matthew K. Hansen**
        Texas Bar No. 24065368

---

[1] Doc. No. 4.

S.D. Texas Bar No. 1046257
mkhansen@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Taneska L. Jones**
Texas Bar No. 24106151
S.D. Texas Bar No. 3171208
taneska.jones@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1563
Facsimile: (713) 229-2563

**COUNSEL FOR DEFENDANT**

-AND-

/s/ *James Q. Pope*
James Q. Pope
State Bar No. 24048738
The Pope Law Firm
6161 Savoy Drive, Suite 1125
Houston, Texas 77036
Telephone: (713) 449-4481
jamesp@thepopelawfirm.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of October 2024, a true and correct copy of the foregoing instrument was served on the following counsel of record ***via ECF and/or email according to the Federal Rules of Civil Procedure***:

James Q. Pope
The Pope Law Firm
6161 Savoy Drive, Suite 1125
Houston, Texas 77036
Telephone: (713) 449-4481
jamesp@thepopelawfirm.com

*Counsel for Plaintiff*

                                            */s/ Taneska L. Jones*
                                            Counsel for Defendant PHH